AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SERVED**

ALIAS SUMMONS IN A CIVIL CASE

ANTHONY J. LASORSO

|  |  |
|---|---|
| V. | CASE NUMBER: 1:20-cv-03780 |
| ASSET MEDIATION MANAGEMENT | ASSIGNED JUDGE: Hon. Sara L. Ellis |
|  | DESIGNATED MAGISTRATE JUDGE: Hon. Heather M. McShain |

TO: (Name and address of Defendant)

ASSET MEDIATION MANAGEMENT
C/O REGISTERED AGENT
LEGALINC CORPORATE SERVICES INC.
10601 CLARENCE DRIVE #250
FRISCO, TX 75033

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



October 23, 2020

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-03780

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ASSET MEDIATION MANAGEMENT was received by me on *(date)* Oct 27, 2020, 12:26 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KATE MAST, who is designated by law to accept service of process on behalf of *(name of organization)* LEGALINC COPORATE SERVICES INC., THE REGISTERED AGENT FOR ASSET MEDIATION MANAGEMENT on *(date)* Wed, Oct 28, 2020 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 10/29/2020

*Server's signature*

Joshua Jordan - Process Server

*Printed name and title*

1910 Pacific Avenue, Suite 16700, Dallas, TX 75201

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 28, 2020, 10:58 am at 10601 CLARENCE DR., #250, FRISCO, TX 75033 received by ASSET MEDIATION MANAGEMENT C/O REGISTERED AGENT, LEGALINC COPORATE SERVICES INC..
Served Kate Mast, the executive assistant

DELIVERED TO THE ABOVE-NAMED WAS A ALIAS SUMMONS IN A CIVIL CASE AND COMPLAINT.